NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEXCOM, INC.,**
*Appellant*

v.

**COKE MORGAN STEWART, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2024-1506

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00913, IPR2022-00914.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        DEXCOM, INC. V. STEWART

(2)  Each side shall bear their own costs.

FOR THE COURT

July 17, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 17, 2025